# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILBERT KELLY, JR.

NO. 2021 KW 1512

JAN 3 1 2022

In Re: Wilbert Kelly, Jr., applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 03-CR-898.

**BEFORE: McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT